No. 11–953. HASSEBROCK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–954. BULLDOG INVESTORS GENERAL PARTNERSHIP ET AL. v. GALVIN, SECRETARY OF THE COMMONWEALTH OF MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–967. NAJBAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–978. SULLIVAN ET AL. v. CUNA MUTUAL INSURANCE SOCIETY ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–979. COOPER ET AL. v. BOYCE & ISLEY, PLLC, ET AL. Ct. App. N. C. Certiorari denied.

No. 11–1004. LAFOND v. AMMONS. C. A. 9th Cir. Certiorari denied.

No. 11–1084. RODRIGUEZ v. CITY OF CLEVELAND, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1086. JORDAN v. UNEMPLOYMENT APPEALS COMMISSION ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–1090. LOMAKO v. NEW YORK INSTITUTE OF TECHNOLOGY ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1091. MACKINNON v. CITY OF NEW YORK HUMAN RESOURCES ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 11–1093. BRENEISEN ET AL. v. MOTOROLA, INC. C. A. 7th Cir. Certiorari denied.

No. 11–1095. GRAVES v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 572 ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1096. HEBREW v. HOUSTON MEDIA SOURCE. C. A. 5th Cir. Certiorari denied.